Hon. Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C05-5070 RJB |
| Plaintiff, | |
| v. | ORDER OF SALE |
| WENDY R. DAVIS aka WENDY DAVIS, a single person; | |
| Defendants. | |

TO:  United States Marshal
      Western District of Washington
      United States Courthouse
      Seattle, Washington

On the 8th day of April, 2005, this Court entered the Default Judgment and Decree of Foreclosure in this case in the United States District Court for the Western District of Washington.

The judgment is a foreclosure against Defendant Wendy R. Davis, a.k.a. Wendy Davis, of deeds of trust of certain real property located in Thurston County, Washington.

//
//
//

ORDER OF SALE - 1

(C 05-5070 RJB)

1       YOU ARE HEREBY ORDERED to proceed to seize and sell forthwith and without
2 further appraisement, the following described property, which was foreclosed in the Judgment and
3 Decree of Foreclosure, in the manner provided by law:
4            Lot 3, Summer Shore Acres, as recorded in Volume 13 of Plats,
5            Page 84.  In the County of Thurston, State of Washington.

6       IT IS FURTHER ORDERED that the proceeds of the sale shall first be applied to the
7 payment of costs and expenses of the sale; second, to the payment of the judgment of the United
8 States of America herein; and any excess in proceeds shall be placed in the registry of the Court to
9 be distributed to the defendant, Wendy R. Davis.

10       IT IS FURTHER ORDERED that, if requested by the Rural Housing Service, an agency
11 of the United States Department of Agriculture, you shall enter a minimum bid in the amount
12 specified by the Rural Housing Service.  In the event the Rural Housing Service is a successful
13 bidder at the sale, the Plaintiff shall have the right to apply its judgment credits in lieu of cash and
14 the United States Marshal is authorized to accept such arrangement.  All other bids must be for
15 cash payment of ten percent of the bid price at the time of the sale and the balance within thirty
16 days; and if the balance is not paid, the deposit will be forfeited and paid into the registry of the
17 Court for satisfaction of costs incurred and thereafter applied against the judgment debt
18 outstanding, and all rights of the bidder in the property being foreclosed will cease and be
19 completely void.

20       IT IS FURTHER ORDERED that such sale shall be in accordance with the law and
21 practice of the Court.
22 //
23 //
24 //
25 //
26 //
27 //
28

ORDER OF SALE - 2

(C 05-5070 RJB)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1   IT IS FURTHER ORDERED that a certified copy of this order be delivered by the Clerk
2   of the Court to the United States Marshal and that copy will constitute the authority to make the
3   sale and incur all necessary expenses of the sale as herein directed.

4   DATED this 8th day of April, 2005.

5

6

7   Robert J. Bryan
    United States District Judge

8   Presented by:

9

   s/*Anastasia D. Bartlett*
10  ANASTASIA D. BARTLETT, WSBA # 7142
    Assistant United States Attorney
11  Office of the United States Attorney
      for the Western District of Washington
12  700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
13  Tel: (206) 553-7970
    Fax: (206) 553-4073
14  Anastasia.Bartlett@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF SALE - 3

(C 05-5070 RJB)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970