Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WENDY R. DAVIS a.k.a .WENDY DAVIS, a single person, <br><br> Defendant. | NO. 05-5070RJB <br><br> ORDER CONFIRMING SALE |

THIS MATTER having come on for consideration before the Court upon the United States' Motion for Order Confirming Sale, and

IT APPEARING to the Court that the property is situated in Thurston County, State of Washington, at 6813 Lake St. Clair Drive SE, Olympia, Washington, and described as follows:

LOT 3, SUMMER SHORE ACRES, AS RECORDED IN VOLUME 13 OF PLATS, PAGE 84.  IN THE COUNTY OF THURSTON, STATE OF WASHINGTON.

and,

IT APPEARING to the Court that this property was sold by the United States Marshal to Development Properties, Inc., through its representative Ronald Dickinson, the highest bidder, for the sum of $110,300.00, and

IT APPEARING to the Court that more than twenty days has elapsed from the mailing by the Clerk of the Court of the Notice of Filing Return on Sale of Real Property and,

The Court having been fully advised in the premises; now, therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the report of the United States Marshal and the sale made by the United States Marshal, as set forth, be and the same is hereby approved and confirmq:ed; and

IT IS FURTHER ORDERED that a Certificate of Purchase shall be executed and delivered forthwith by the United States Marshal to the purchaser to whom the property has been sold.

DATED this 9th day of September, 2005.

*[signature: Robert J. Bryan]*

Robert J. Bryan
United States District Judge

Presented by:

*s/Anastasia D. Bartlett*
ANASTASIA D. BARTLETT, WSBA # 7142
Assistant United States Attorney
Office of the United States Attorney
 for the Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98104
Tel:  (206) 553-7970
Fax:  (206) 553-4073
Anastasia.Bartlett@usdoj.gov

Approved:

UNITED STATES MARSHAL

By:     *s/Diana Ohashi*
        Diana D. Ohashi
        Property Management Specialist

ORDER CONFIRMING SALE - 2